IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cv-00580-M

CURTIS STERLING MURDOCK, III,

    Plaintiff,

v.                                                                              ORDER

IRONPLANET, INC., et al.,

    Defendants.

This matter comes before the court on the Plaintiff's motion for recusal [DE 9]. Plaintiff argues that recusal is proper because this court caused him hardship by denying his request to file documents electronically and because this court presents a risk of religious bias. The undersigned shall disqualify himself where "his impartiality might reasonably be questioned" or where "he has a personal bias or prejudice concerning a party." 28 U.S.C. § 455(a)–(b)(1).

Denying the prior request for an exception to this district's pro se filings policy does not reasonably call into question this court's commitment to impartiality or demonstrate bias against Plaintiff. Moreover, the instant dispute is commercial in nature. Faith would play no improper role in the undersigned's ability to oversee this action. The motion is DENIED.

SO ORDERED this 17th day of November, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE